UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FELIX JHOAN HIDALGO ESCALONA, | Case No. 2:26-cv-01420-TMC |
| Petitioner, | ORDER DENYING HABEAS PETITION |
| v. | |
| ICE FIELD OFFICER DIRECTOR, | |
| Respondent. | |

Proceeding pro se, Petitioner seeks a writ of habeas corpus ordering his release from the Northwest Immigration and Customs Enforcement Processing Center ("NWIPC") or a bond hearing. Dkt. 1 at 2. On April 28, 2026, the Court found that it did not have jurisdiction over Petitioner's case because he did not name his current custodian, the warden of NWIPC, as a respondent. Dkt. 3 at 1 (first citing *Doe v. Garland*, 109 F.4th 1188, 1197 (9th Cir. 2024); and then citing *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004)). The Court ordered Petitioner to, by May 19, 2026, show cause and explain why his petition should not be dismissed or amend his petition by adding the warden of NWIPC as a respondent. *Id.* at 2. Petitioner submitted an amended petition on May 11, 2026, but it also did not name Petitioner's current custodian.

ORDER DENYING HABEAS PETITION - 1

The deadline has passed, and Petitioner did not show cause or properly amend his petition. Therefore, the Court DISMISSES this case WITHOUT PREJUDICE for lack of jurisdiction.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 20th day of May, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER DENYING HABEAS PETITION - 2