UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FELIX JHOAN HIDALGO ESCALONA,<br><br>Petitioner,<br><br>v.<br><br>ICE FIELD OFFICER DIRECTOR,<br><br>Respondent. | Case No. 2:26-cv-01420-TMC<br><br>ORDER VACATING THE PRIOR ORDER TO DISMISS |

Self-represented petitioner Felix Jhoan Hidalgo Escalona was given until May 19, 2026 to "either explain why his current petition should not be dismissed without prejudice for failing to name a proper respondent or, in the alternative, file an amended petition that adds the warden as one of the respondents." Dkt. 3 at 2. When no response was received, the Court dismissed Petitioner's case without prejudice for lack of jurisdiction on May 20, 2026. Dkt. 6.

On May 21, 2026, the Court received an answer to the Court's order, adding Bruce Scott, Warden of Northwest Immigration and Customs Enforcement Processing Center, as a respondent. Dkt. 8. It was mailed to the Court on May 19, 2026. Dkt. 8 at 2. Under the mailbox rule for incarcerated *pro se* litigants, Petitioner's submissions to the Court are deemed filed on the date they are deposited to authorities for forwarding to the Court. *Kirkham v. Whatcom Cnty.*,

ORDER VACATING THE PRIOR ORDER TO DISMISS - 1

No. 2:25-CV-208-DGE-DWC, 2026 WL 905033, at *3 n.2 (W.D. Wash. Apr. 2, 2026) (citing *Houston v. Lack*, 487 U.S. 266, 270 (1988)). Because Petitioner's answer was mailed out on May 19, 2026, the Court deems his answer timely.

The Court VACATES its prior order and judgment dismissing Petitioner's case (Dkts. 6, 7) and respectfully requests the Clerk of Court to: (1) issue a scheduling order for considering the petition on the merits; and (2) add Bruce Scott as a respondent. The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 22nd day of May, 2026.

Tiffany M. Cartwright
United States District Judge

ORDER VACATING THE PRIOR ORDER TO DISMISS - 2